**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

In the Matter of National
Collegiate Student Loan Trusts
2003-1, 2004-1, 2004-2, 2005-1,
2005-2 and 2005-3                                    Civil No. 16-00775 (SRN/FLN)
_____

U.S. Bank National Association,

                        Plaintiff,

v.                                                  Civil No. 16-00778 (SRN/FLN)

National Collegiate Student Loan Trusts
2003-1, 2004-1, 2004-2, 2005-1,
2005-2 and 2005-3,

                        Defendants.

---

**ORDER CONSOLIDATING CASES**

       This matter is before the Court on the Stipulation to Consolidate [Doc. No. 18 in

16cv00778] filed by the parties, requesting to consolidate the above two cases.  The Court is

satisfied that the two cases are essentially the same and that the parties agree to consolidate them

into one case.

       The Court ORDERS the Clerk of Court to consolidate the above cases before Judge

Susan Richard Nelson and Magistrate Judge Franklin L. Noel for all purposes including pre-trial

and trial proceedings.  As of the date of this Order, all documents will be filed in case no.

16cv00775 (SRN/FLN).  The Clerk is directed to close case no. 16cv00778 (SRN/FLN).


Dated:  May 9, 2016


                                            s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge