IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3. | C.A. No. 16-341-SLR |

## LOCAL RULE 81.2 STATEMENT

Counsel for party-in-interest Wilmington Trust Company, not its individual capacity but in its capacity as Owner Trustee of National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, and National Collegiate Student Loan Trust 2005-3 ("Wilmington") and counsel for Petitioner U.S. Bank National Association, in its capacity as indenture trustee of National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, and National Collegiate Student Loan Trust 2005-3 (the "Indenture Trustee"), hereby submit the following statement pursuant to Local Rule 81.2 to apprise the Court of matters that may require the Court's attention:

As part of the parties' agreement to transfer this matter to the United States District Court for the District of Delaware, the parties stipulated that the Indenture Trustee would have 60 days

to amend its Petition following transfer to this Court.[1] This means that the Indenture Trustee must amend its Petition by July 13, 2016.

| | |
|---|---|
| /s/ *John W. Shaw*<br>John W. Shaw (No. 3362)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0701<br>jshaw@shawkeller.com<br><br>Michael A. Collyard<br>Thomas F. Berndt<br>Peter C. Ihrig<br>ROBINS KAPLAN LLP<br>2800 LaSalle Plaza,<br>800 LaSalle Ave South<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>*Attorneys for U.S. Bank National Association, in its capacity as indenture trustee*<br><br><br>Dated: June 15, 2016 | /s/ *Michael T. Manuel*<br>Stuart M. Grant (No. 2526)<br>Michael T. Manuel (No. 6055)<br>GRANT & EISENHOFER P.A.<br>123 Justison Street<br>Wilmington, DE 19801<br>(302) 622-7000<br><br>James J. Sabella (No. 5124)<br>Charles T. Caliendo<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>(646) 722-8500<br><br>Adam J. Levitt<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 2350<br>Chicago, IL 60602<br>(312) 214-0000<br><br>Marc A. DiCello<br>THE DICELLO LAW FIRM<br>7556 Mentor Avenue<br>Mentor, OH 44060<br>(440) 953-8888<br><br>*Attorneys for Parties In Interest National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3* |

---

[1] *See* Dkt. No. 16, "Stipulation to Transfer Venue to the United States District Court for the District of Delaware" at p. 3.