UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2 and 2005-3 | No. 16-CV-341 (SLR) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as Delaware counsel on behalf of One William Street Capital Management, L.P., investment manager to holders of certain notes in the National Collegiate Student Loan Trusts 2003-1, 2004-1, and 2005-3 at issue in the above action.

ASHBY & GEDDES, PA

*/s/ Andrew D. Cordo*
Andrew D. Cordo (#4534)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
acordo@ashby-geddes.com

*Attorneys for Interested Party One William Street Capital Management, L.P.*

Of counsel:
Michael Hanin
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1788
mhanin@kasowitz.com

Dated: September 30, 2016