IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3. | C.A. No. 16-341-SLR |

## MOTION BY THE RESPONDENT TRUSTS FOR SUMMARY JUDGMENT

Respondents National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3 (the "Trusts"), by their undersigned attorneys, hereby move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment. The grounds supporting the motion are set forth in the Trusts' Opening Brief and in the declarations of Donald Uderitz, Jorge Rodriguez and James J. Sabella, and the exhibits thereto, filed contemporaneously herewith.

Dated: March 15, 2017

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By   /s/ James J. Sabella
James J. Sabella (Del. Bar No. 5124)
jsabella@gelaw.com
Michael T. Manuel (Del. Bar No. 6055)
mmanuel@gelaw.com
123 Justison Street
Wilmington, DE  19801
302-622-7000

*Attorneys for National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3*