IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3. | C.A. No. 16-341-SLR |

**APPENDIX TO THE RESPONDENT TRUSTS'
MOTION FOR SUMMARY JUDGMENT**

 

**GRANT & EISENHOFER P.A.**
James J. Sabella (Del. Bar No. 5124)
jsabella@gelaw.com
Michael T. Manuel (Del. Bar No. 6055)
mmanuel@gelaw.com
123 Justison Street
Wilmington, DE 19801
302-622-7000

*Attorneys for National Collegiate
Student Loan Trusts 2003-1, 2004-1,
2004-2, 2005-1, 2005-2, and 2005-3*

# TABLE OF CONTENTS

Page

Petition of U.S. Bank National Association ....................................................... 1

    Ex. 1. Odyssey Servicing Agreement ................................................. 25

    Ex. 2. Indenture.................................................................................... 40

    Ex. 3. Special Servicing Agreement ....................................................120

    Ex. 4. Administration Agreement ........................................................155

    Ex. 5. Letter from NC Owners LLC to GSS Data Services, Inc., Feb. 4, 2015 ........................................................................... 173

    Ex. 6. Odyssey Invoices........................................................................177

    Ex. 7. Email from Lance Gotthoffer to Imelda Patio, Dec. 11, 2015 ..................................................................................251

    Ex. 8. Odyssey Invoices........................................................................254

    Ex. 9. Officers' Certificate of Issuer, Jan. 14, 2106 ...............................261

    Ex. 10. Issuer Order to GSS Data Services, Inc., Jan. 20, 2016..................284

    Ex. 11. Letter from GSS Data Services, Inc. to U.S. Bank National Association, Feb. 18, 2016 ...........................................302

The Answer of the Trusts' to the Petition .......................................................313

    Ex. 1. Trust Agreement ........................................................................340

    Ex. 2. Appendix A to the Indenture......................................................396

NCSLT 2004-1 Servicer Consent Letter, June 10, 2004....................................426

Master Servicing Agreement, Sept. 28, 2006 ...................................................435

Letter from D. Duclos to D. Uderitz, Mar. 6, 2012............................................509

Email from K. Ruggiero to D. Uderitz, June 28, 2012 .......................................510

Agenda for meeting, June 12, 2014 ..................................................................513

Letter from NC Owners LLC to Wilmington Trust Company, Nov. 13, 2014..................................................................................................516

Letter from T. Cook to the ratings agencies, Nov. 25, 2014...............................539

Fitch Due Diligence Questions, Jan. 28, 2015 ..................................................560

S&P Due Diligence Questions, Feb. 3, 2015.....................................................567

Waiver Agreement, Feb. 4, 2015 ......................................................................575

Letter from D. Costello to U.S. Bank, Jan. 14, 2016..........................................578

Letter from Chaitman LLP to U.S. Bank, Jan. 14, 2016 ......................................600
Letter from D. Costello to GSS Data Services, Inc., Feb. 17, 2016 ......................602
Declaration of James J. Sabella ................................................................................611
Declaration of Jorge Rodriguez...............................................................................613
Declaration of Donald Uderitz ................................................................................615