Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1049
**DATE** 08/01/2015
**DUE DATE** 08/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 08/01/2015 | Reimbursement Of Expenses 8/1/2015 - 8/31/2015 | 17,071.41 |

BALANCE DUE    **$17,071.41**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



Odyssey Education Resources

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1051
**DATE** 09/01/2015
**DUE DATE** 10/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 09/01/2015 | Reimbursement Of Expenses 9/1/2015 - 9/30/2015 | 19,023.21 |

BALANCE DUE **$19,023.21**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA198

Filed in Second Judicial District Court
Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
2/18/2016 11:56:49 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

INVOICE # 1058
DATE 10/01/2015
DUE DATE 10/31/2015

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 10/01/2015 | Reimbursement Of Expenses 10/1/2015 - 10/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:58:49 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1067
**DATE** 11/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 11/01/2015 | Reimbursement Of Expenses<br>11/1/2015 - 11/30/2015 | 17,630.30 |

**BALANCE DUE**          **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:58:19 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1074
**DATE** 12/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 12/01/2015 | Reimbursement Of Expenses 12/1/2015 - 12/31/2015 | 17,630.30 |

**BALANCE DUE** **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:52:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1003
**DATE** 01/01/2015
**DUE DATE** 01/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2015 | Reimbursement Of Expenses<br>1/1/2015 - 1/31/2015 | 18,769.39 |

**BALANCE DUE**       **$18,769.39**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2016 1:05:11 PM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1010
**DATE** 02/01/2015
**DUE DATE** 03/03/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 02/01/2015 | Reimbursement Of Expenses 2/1/2015 - 2/28/2015 | 14,866.76 |

BALANCE DUE **$14,866.76**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

INVOICE # 1016
DATE 03/01/2015
DUE DATE 03/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 03/01/2015 | Reimbursement Of Expenses<br>3/1/2015 - 3/31/2015 | 17,446.89 |

BALANCE DUE       **$17,446.89**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

TA204

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:58:18 AM Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1023
**DATE** 04/01/2015
**DUE DATE** 05/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 04/01/2015 | Reimbursement Of Expenses<br>4/1/2015 - 4/30/2015 | 18,805.71 |

**BALANCE DUE**     **$18,805.71**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA205

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1029
**DATE** 05/01/2015
**DUE DATE** 05/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 05/01/2015 | Reimbursement Of Expenses<br>5/1/2015 - 5/31/2015 | 15,255.55 |

BALANCE DUE **$15,255.55**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:13 AM MN
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1035
**DATE** 06/01/2015
**DUE DATE** 07/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 06/01/2015 | Reimbursement Of Expenses<br>6/1/2015 - 6/30/2015 | 15,505.42 |

BALANCE DUE  **$15,505.42**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
   Odyssey Education Resources LLC
   407 SE 1st Street
   Delray Beach, FL 33483

TA207

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1041
**DATE** 07/01/2015
**DUE DATE** 07/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 07/01/2015 | Reimbursement Of Expenses<br>7/1/2015 - 7/31/2015 | 18,283.33 |

BALANCE DUE    **$18,283.33**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
   Odyssey Education Resources LLC
   407 SE 1st Street
   Delray Beach, FL 33483

TA208

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1050
**DATE** 08/01/2015
**DUE DATE** 08/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 08/01/2015 | Reimbursement Of Expenses 8/1/2015 - 8/31/2015 | 17,071.41 |

BALANCE DUE **$17,071.41**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:05:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1053
**DATE** 09/01/2015
**DUE DATE** 10/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 09/01/2015 | Reimbursement Of Expenses 9/1/2015 - 9/30/2015 | 19,023.21 |

**BALANCE DUE** **$19,023.21**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA210

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:49 AM MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**

National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1059
**DATE** 10/01/2015
**DUE DATE** 10/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 10/01/2015 | Reimbursement Of Expenses 10/1/2015 - 10/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA211

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/7/2016 1:19:11 PM
2/18/2016 11:58:48 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1066
**DATE** 11/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 11/01/2015 | Reimbursement Of Expenses<br>11/1/2015 - 11/30/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
    Odyssey Education Resources LLC
    407 SE 1st Street
    Delray Beach, FL 33483

TA212

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:03:19 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1073
**DATE** 12/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 12/01/2015 | Reimbursement Of Expenses<br>12/1/2015 - 12/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA213

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:16 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1001
**DATE** 01/01/2015
**DUE DATE** 01/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2015 | Reimbursement Of Expenses 1/1/2015 - 1/31/2015 | 18,769.39 |

BALANCE DUE  **$18,769.39**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA214

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1011
**DATE** 02/01/2015
**DUE DATE** 03/03/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 02/01/2015 | Reimbursement Of Expenses 2/1/2015 - 2/28/2015 | 14,866.76 |

BALANCE DUE      **$14,866.76**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA215

Filed in Second Judicial District Court
Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
2/18/2016 11:08:19 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1018
**DATE** 03/01/2015
**DUE DATE** 03/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 03/01/2015 | Reimbursement Of Expenses<br>3/1/2015 - 3/31/2015 | 17,446.89 |

BALANCE DUE          **$17,446.89**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA216

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 1:08:19 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1024
**DATE** 04/01/2015
**DUE DATE** 05/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 04/01/2015 | Reimbursement Of Expenses<br>4/1/2015 - 4/30/2015 | 18,805.71 |

BALANCE DUE     **$18,805.71**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
   Odyssey Education Resources LLC
   407 SE 1st Street
   Delray Beach, FL 33483

TA217

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court MN
2/18/2016 11:55:19 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**

National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1030
**DATE** 05/01/2015
**DUE DATE** 05/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 05/01/2015 | Reimbursement Of Expenses 5/1/2015 - 5/31/2015 | 15,255.55 |

BALANCE DUE **$15,255.55**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA218



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1036
**DATE** 06/01/2015
**DUE DATE** 07/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 06/01/2015 | Reimbursement Of Expenses<br>6/1/2015 - 6/30/2015 | 15,505.42 |

BALANCE DUE **$15,505.42**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA219

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:52:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1042
**DATE** 07/01/2015
**DUE DATE** 07/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 07/01/2015 | Reimbursement Of Expenses 7/1/2015 - 7/31/2015 | 18,283.33 |

BALANCE DUE **$18,283.33**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA220

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:58:16 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**

National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1045
**DATE** 08/01/2015
**DUE DATE** 08/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 08/01/2015 | Reimbursement Of Expenses 8/1/2015 - 8/31/2015 | 17,071.41 |

BALANCE DUE **$17,071.41**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:05:19 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1054
**DATE** 09/01/2015
**DUE DATE** 10/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 09/01/2015 | Reimbursement Of Expenses<br>9/1/2015 - 9/30/2015 | 19,023.21 |

BALANCE DUE  **$19,023.21**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:19 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1060
**DATE** 10/01/2015
**DUE DATE** 10/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 10/01/2015 | Reimbursement Of Expenses 10/1/2015 - 10/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1065
**DATE** 11/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 11/01/2015 | Reimbursement Of Expenses<br>11/1/2015 - 11/30/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:13 AM N
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1072
**DATE** 12/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 12/01/2015 | Reimbursement Of Expenses 12/1/2015 - 12/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA225

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1005
**DATE** 01/01/2015
**DUE DATE** 01/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2015 | Reimbursement Of Expenses<br>1/1/2015 - 1/31/2015 | 18,769.39 |

BALANCE DUE  **$18,769.39**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1012
**DATE** 02/01/2015
**DUE DATE** 03/03/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 02/01/2015 | Reimbursement Of Expenses<br>2/1/2015 - 2/28/2015 | 14,866.76 |

BALANCE DUE    **$14,866.76**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA227

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1019
**DATE** 03/01/2015
**DUE DATE** 03/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 03/01/2015 | Reimbursement Of Expenses<br>3/1/2015 - 3/31/2015 | 17,446.89 |

BALANCE DUE **$17,446.89**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1025
**DATE** 04/01/2015
**DUE DATE** 05/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 04/01/2015 | Reimbursement Of Expenses 4/1/2015 - 4/30/2015 | 18,805.71 |

BALANCE DUE     **$18,805.71**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
    Odyssey Education Resources LLC
    407 SE 1st Street
    Delray Beach, FL 33483

TA229

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:58:15 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**

National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1031
**DATE** 05/01/2015
**DUE DATE** 05/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 05/01/2015 | Reimbursement Of Expenses 5/1/2015 - 5/31/2015 | 15,255.55 |

BALANCE DUE     **$15,255.55**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA230

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**

National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1037
**DATE** 06/01/2015
**DUE DATE** 07/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 06/01/2015 | Reimbursement Of Expenses<br>6/1/2015 - 6/30/2015 | 15,505.42 |

BALANCE DUE **$15,505.42**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA231

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:58:19 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1043
**DATE** 07/01/2015
**DUE DATE** 07/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 07/01/2015 | Reimbursement Of Expenses<br>7/1/2015 - 7/31/2015 | 18,283.33 |

**BALANCE DUE** **$18,283.33**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA232

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
Ramsey County, MN
2/18/2016 11:08:15 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1046
**DATE** 08/01/2015
**DUE DATE** 08/31/2015

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 08/01/2015 | Reimbursement Of Expenses<br>8/1/2015 - 8/31/2015 | 17,071.41 |

BALANCE DUE $17,071.41

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA233

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:08:18 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1055
**DATE** 09/01/2015
**DUE DATE** 10/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 09/01/2015 | **Reimbursement Of Expenses** 9/1/2015 - 9/30/2015 | 19,023.21 |

BALANCE DUE **$19,023.21**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:19:11 PM
Filed in Second Judicial District Court
2/18/2016 11:52:18 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1061
**DATE** 10/01/2015
**DUE DATE** 10/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 10/01/2015 | Reimbursement Of Expenses 10/1/2015 - 10/31/2015 | 17,630.30 |

BALANCE DUE          **$17,630.30**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA235

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2016 11:06:19 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1064
**DATE** 11/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 11/01/2015 | Reimbursement Of Expenses<br>11/1/2015 - 11/30/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

TA236

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2016 11:52:49 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1071
**DATE** 12/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 12/01/2015 | Reimbursement Of Expenses<br>12/1/2015 - 12/31/2015 | 17,630.30 |

BALANCE DUE

## $17,630.30

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
3/7/2016 1:49:11 PM
Filed in Second Judicial District Court
2/18/2016 11:55:19 AM MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**

National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1006
**DATE** 01/01/2015
**DUE DATE** 01/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2015 | Reimbursement Of Expenses<br>1/1/2015 - 1/31/2015 | 18,769.39 |

BALANCE DUE    **$18,769.39**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

TA238

Filed in Second Judicial District Court
Filed in Second Judicial District Court 2/7/2018 1:49:11 PM
2/18/2016 11:55:49 AM MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1013
**DATE** 02/01/2015
**DUE DATE** 03/03/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 02/01/2015 | Reimbursement Of Expenses<br>2/1/2015 - 2/28/2015 | 14,866.76 |

BALANCE DUE **$14,866.76**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
Filed in Second Judicial District Court PM
2/18/2016 4:53:58 PM MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1020
**DATE** 03/01/2015
**DUE DATE** 03/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 03/01/2015 | Reimbursement Of Expenses 3/1/2015 - 3/31/2015 | 17,446.89 |

BALANCE DUE **$17,446.89**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2016 4:19 PM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1026
**DATE** 04/01/2015
**DUE DATE** 05/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 04/01/2015 | Reimbursement Of Expenses<br>4/1/2015 - 4/30/2015 | 18,805.71 |

BALANCE DUE **$18,805.71**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA241

62-TR-CV-16-5
62-TR-CV-16-5



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1032
**DATE** 05/01/2015
**DUE DATE** 05/31/2015

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/01/2015 | Reimbursement Of Expenses 5/1/2015 - 5/31/2015 | 15,255.55 |

BALANCE DUE **$15,255.55**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/7/2016 1:19:11 PM
2/18/2016 11:58:49 AM MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1038
**DATE** 06/01/2015
**DUE DATE** 07/01/2015

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 06/01/2015 | Reimbursement Of Expenses<br>6/1/2015 - 6/30/2015 | 15,505.42 |

**BALANCE DUE** **$15,505.42**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
   Odyssey Education Resources LLC
   407 SE 1st Street
   Delray Beach, FL 33483

TA243

Filed in Second Judicial District Court
Filed in Second Judicial District Court
3/7/2016 1:10:11 PM
2/18/2016 11:56:19 AM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1044
**DATE** 07/01/2015
**DUE DATE** 07/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 07/01/2015 | Reimbursement Of Expenses 7/1/2015 - 7/31/2015 | 18,283.33 |

**BALANCE DUE**   **$18,283.33**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

Filed in Second Judicial District Court
Filed in Second Judicial District Court 3/2/2018 9:55 PM
2/18/2016 1:55:43 AM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1047
**DATE** 08/01/2015
**DUE DATE** 08/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 08/01/2015 | Reimbursement Of Expenses<br>8/1/2015 - 8/31/2015 | 17,071.41 |

BALANCE DUE      **$17,071.41**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA245

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2016 1:09:03 PM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

INVOICE # 1056
**DATE** 09/01/2015
**DUE DATE** 10/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 09/01/2015 | Reimbursement Of Expenses<br>9/1/2015 - 9/30/2015 | 19,023.21 |

BALANCE DUE **$19,023.21**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

TA246

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2016 1:09:11 PM
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1062
**DATE** 10/01/2015
**DUE DATE** 10/31/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 10/01/2015 | Reimbursement Of Expenses<br>10/1/2015 - 10/31/2015 | 17,630.30 |

BALANCE DUE          **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
   Odyssey Education Resources LLC
   407 SE 1st Street
   Delray Beach, FL 33483

TA247

Filed in Second Judicial District Court
Filed in Second Judicial District Court
2/18/2015 9:11 PM
Ramsey County, MN
Ramsey County, MN



**Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1063
**DATE** 11/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 11/01/2015 | Reimbursement Of Expenses 11/1/2015 - 11/30/2015 | 17,630.30 |

**BALANCE DUE** **$17,630.30**

Payment Instructions:

Electronic funds payment details:



Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA248

Filed in Second Judicial District Court
Filed in Second Judicial District Court 1:10:11 PM
2/18/2016 11:06:13 AM
Ramsey County, MN

 **Odyssey Education Resources**

407 SE 1st St
Delray Beach, FL  33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

**INVOICE #** 1070
**DATE** 12/01/2015
**DUE DATE** 12/01/2015

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 12/01/2015 | Reimbursement Of Expenses 12/1/2015 - 12/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:

Check payment mailing address:
Odyssey Education Resources LLC
407 SE 1st Street
Delray Beach, FL 33483

TA249

Filed in Second Judicial District Court
2/16/2006 1:09:15 PM
Ramsey County, MN

# EXHIBIT 7

Filed in Second Judicial District Court
2/18/2016 1:08:15 PM
Ramsey County, MN

From: Lance Gotthoffer <lgotthoffer@chaitmanllp.com>
Date: 12/11/2015 3:08 PM (GMT-05:00)
To: Imelda Patio <ipatio@Goalsolutions.com>
Cc: Rachel LeRosen <rlerosen@Goalsolutions.com>, Tristan Fleming <tfleming@Goalsolutions.com>, Shawn Leo <sleo@Goalsolutions.com>, ryan@vcg.cc, "Tad Cook (tad@cooksadorf.com)" <tad@cooksadorf.com>, Sarah Howell <showell@chaitmanllp.com>
Subject: Odyssey Education Resources Invoices for NCSLT

Imelda:

As requested, a summary of the invoices is provided below:

|       | 2003-1 | 2004-1 | 2004-2 | 2005-1 | 2005-2 | 2005-3 |
|-------|--------|--------|--------|--------|--------|--------|
| Jan   | $18,769.39 | $18,769.39 | $18,769.39 | $18,769.39 | $18,769.39 | $18,769.39 |
| Feb   | $14,866.76 | $14,866.76 | $14,866.76 | $14,866.76 | $14,866.76 | $14,866.76 |
| Mar   | $17,446.89 | $17,446.89 | $17,446.89 | $17,446.89 | $17,446.89 | $17,446.89 |
| Apr   | $18,805.71 | $18,805.71 | $18,805.71 | $18,805.71 | $18,805.71 | $18,805.71 |
| May   | $15,255.55 | $15,255.55 | $15,255.55 | $15,255.55 | $15,255.55 | $15,255.55 |
| Jun   | $15,505.42 | $15,505.42 | $15,505.42 | $15,505.42 | $15,505.42 | $15,505.42 |
| Jul   | $18,283.33 | $18,283.33 | $18,283.33 | $18,283.33 | $18,283.33 | $18,283.33 |
| Aug   | $17,071.41 | $17,071.41 | $17,071.41 | $17,071.41 | $17,071.41 | $17,071.41 |
| Sep   | $19,023.21 | $19,023.21 | $19,023.21 | $19,023.21 | $19,023.21 | $19,023.21 |
| Oct   | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 |
| Nov   | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 |
| Dec   | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 | $17,630.30 |
| Total | $207,918.56 | $207,918.56 | $207,918.56 | $207,918.56 | $207,918.56 | $207,918.56 |

To your request for further detail, I do not believe it is necessary. Odyssey incurred the above referenced expenses for services provided in respect of the Odyssey Servicing Agreement and is entitled to reimbursement pursuant to that Agreement, a copy of which has previously been provided to the Administrator. Unless you can direct me to a provision of that Agreement requiring Odyssey to provide the detailed explanation of the expenses requested in your email, the Administrator has an obligation to pay the invoices,, especially since same is being requested by the Trusts. Accordingly, please arrange for payment on the December distribution date.

Thanks and regards.

From: Imelda Patio [ipatio@Goalsolutions.com]
Sent: Thursday, December 10, 2015 6:32 PM
To: Lance Gotthoffer
Cc: Rachel LeRosen
Subject: Re: Odyssey Education Resources Invoices for NCSLT

Filed in Second Judicial District Court
2/17/2016 1:09:15 PM
Ramsey County, MN

Hello Lance,

I am reaching to you as we have received all the Odyssey Education Resources invoices for reimbursement of Expenses on the NCSLT trust.
In order to process the payment, kindly provide a detail description as to what these reimbursements are for. In addition, can you please provide a summary of all the invoices that is being billed to the NCSLT?

Regards,
Imelda Patio
Accounts Payable Coordinator

Goal Structured Solutions Inc.
402  West Broadway, Suite 2000
San Diego, CA 92101
t. 619-639-0236 I f. 619-374-7024
www.goalsolutions.com<http://www.goalsolutions.com/<http://www.goalsolutions.com<http://www.goalsolutions.com/>>

[cid:image001.png@01D1335F.8428A160][cid:image002.png@01D1335F.8428A160]

This electronic message transmission and any files transmitted with it contains information that may be confidential or privileged, including the attorney-client privilege, the attorney work product doctrine or rights of privacy. The information is intended to be for the use of only the individual or entity to whom this email is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is unauthorized. If you have received this electronic transmission in error, please notify the sender and immediately delete this email and any attached files from your system and destroy any copies you may have made, electronic or otherwise.

Filed in Second Judicial District Court
2/19/2016 1:09:15 PM
Ramsey County, MN

# EXHIBIT 8

Filed in Second Judicial District Court
2/11/2016 1:08:15 PM
Ramsey County, MN

 **Odyssey Education Resources**
407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2003-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101
United States

**INVOICE #** 1075
**DATE** 01/01/2016
**DUE DATE** 01/31/2016

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2016 | Reimbursement Of Expenses 1/1/2016 - 1/31/2016 | 17,630.30 |

**BALANCE DUE** **$17,630.30**

Payment Instructions:

Electronic funds payment details:
    Bank Name: Bank of America
    US ACH: 063100277
    US WIRE: 026009593
    Account Name: Odyssey Education Resources LLC
    Account No.: 898070334789

Check payment mailing address:
    Odyssey Education Resources LLC
    407 SE 1st Street
    Delray Beach, FL 33483

Filed in Second Judicial District Court
2/11/2016 11:09:15 PM
Ramsey County, MN



**Odyssey Education Resources**
407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

INVOICE # 1077
DATE 01/01/2016
DUE DATE 01/01/2016

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2016 | Reimbursement Of Expenses<br>1/1/2016 - 1/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:
    Bank Name: Bank of America
    US ACH: 063100277
    US WIRE: 026009593
    Account Name: Odyssey Education Resources LLC
    Account No.: 898070334769

Check payment mailing address:
    Odyssey Education Resources LLC
    407 SE 1st Street
    Delray Beach, FL 33483

Filed in Second Judicial District Court
2/11/2016 1:09:15 PM
Ramsey County, MN

 **Odyssey Education Resources**
407 SE 1st St
Delray Beach, FL 33483
(561) 330-8999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2004-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1078
**DATE** 01/01/2016
**DUE DATE** 01/01/2016

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2016 | Reimbursement Of Expenses 1/1/2016 - 1/31/2015 | 17,630.30 |

**BALANCE DUE** **$17,630.30**

Payment Instructions:

Electronic funds payment details:
  Bank Name: Bank of America
  US ACH: 063100277
  US WIRE: 026009593
  Account Name: Odyssey Education Resources LLC
  Account No.: 898070334769

Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483



Odyssey Education Resources
407 SE 1st St
Delray Beach, FL 33483
(561) 330-6999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-1
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA  92101

INVOICE # 1079
DATE 01/01/2016
DUE DATE 01/01/2016

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2016 | Reimbursement Of Expenses 1/1/2016 - 1/31/2015 | 17,630.30 |

BALANCE DUE  **$17,630.30**

Payment Instructions:

Electronic funds payment details:
  Bank Name: Bank of America
  US ACH: 063100277
  US WIRE: 026009593
  Account Name: Odyssey Education Resources LLC
  Account No.: 898070334769

Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483



**Odyssey Education Resources**
407 SE 1st St
Delray Beach, FL 33483
(561) 330-5999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-2
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1080
**DATE** 01/01/2016
**DUE DATE** 01/01/2016

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2016 | Reimbursement Of Expenses 1/1/2016 - 1/31/2015 | 17,630.30 |

**BALANCE DUE** **$17,630.30**

Payment Instructions:

Electronic funds payment details:
  Bank Name: Bank of America
  US ACH: 063100277
  US WIRE: 026009593
  Account Name: Odyssey Education Resources LLC
  Account No.: 898070334769

Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483



Odyssey Education Resources
407 SE 1st St
Delray Beach, FL 33483
(561) 330-8999

# INVOICE

**BILL TO**
National Collegiate Student
Loan Trust 2005-3
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

**INVOICE #** 1076
**DATE** 01/01/2016
**DUE DATE** 01/01/2016

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/01/2016 | Reimbursement Of Expenses 1/1/2016 - 1/31/2015 | 17,630.30 |

BALANCE DUE **$17,630.30**

Payment Instructions:

Electronic funds payment details:
  Bank Name: Bank of America
  US ACH: 063100277
  US WIRE: 026009593
  Account Name: Odyssey Education Resources LLC
  Account No.: 898070334769

Check payment mailing address:
  Odyssey Education Resources LLC
  407 SE 1st Street
  Delray Beach, FL 33483

Filed in Second Judicial District Court
2/18/2016 1:09:15 PM
Ramsey County, MN

# EXHIBIT 9

## Officers' Certificate of Issuer

January 14, 2016

U.S. Bank National Association
Corporate Trust Services-SFS
One Federal Street
3rd Floor
Boston, MA 02111

Attention: <u>Mr. David Duclos – Ref. The National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, 2005-3 (the "Trusts")</u>

Dear Ladies and Gentlemen:

Pursuant to each of the Indentures listed in Annex B between each of the Trusts listed in Annex A, each a Delaware statutory trust (the "Issuers"), and U.S. Bank National Association, in its capacity as Indenture Trustee thereunder, the Issuers HEREBY CERTIFY that all conditions precedent provided for in the Indenture to the execution and delivery of the Servicing Agreement attached hereto as Annex C between Odyssey Education Resources LLC and the Trusts (the "Odyssey Servicing Agreement") HAVE BEEN SATISFIED and HEREBY REQUESTS YOU TO ACKNOWLEDGE the Odyssey Servicing Agreement.

In support of this certificate the undersigned states as follows:

1. We have read all covenants, conditions and definitions in the Trusts relating thereto;
2. We have reviewed authorizations confirming that all Owners consent to, and have directed the action taken herein, and certifications from the Owners as to the statements made in this certificate upon which the undersigned has conclusively relied;
3. In our opinion we have made such examination as is necessary to enable us to express the informed opinion that all such necessary covenants and conditions as a condition precedent to the valid execution and delivery of, the Odyssey Servicing Agreement, have been complied with; and
4. In our opinion, all necessary covenants and conditions required regarding the valid execution and delivery of the Odyssey Servicing Agreement have been complied with.

Sincerely,

THE NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3

TA261

Filed in Second Judicial District Court
2/17/2006 1:09:15 PM
Ramsey County, MN

BY: WILMINGTON TRUST COMPANY, not in its Individual capacity but solely
as Owner Trustee for THE NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2003-1,
2004-1, 2004-2, 2005-1, 2005-2, and 2005-3

By:

Name: Dorri Costello
Title:       Vice President

cc: NC Residual Owners Trust
VCG Securities LLC

Filed in Second Judicial District Court
2/17/2006 1:09:15 PM
Ramsey County, MN

## Annex A

### Trusts

- National Collegiate Student Loan Trust 2003-1, created pursuant to the Trust Agreement dated as of December 1, 2003

- National Collegiate Student Loan Trust 2004-1, created pursuant to the Trust Agreement dated as of June 10, 2004

- National Collegiate Student Loan Trust 2004-2, created pursuant to the Trust Agreement dated as of October 28, 2004

- National Collegiate Student Loan Trust 2005-1, created pursuant to the Trust Agreement dated as of February 23, 2005

- National Collegiate Student Loan Trust 2005-2, created pursuant to the Trust Agreement dated as of June 9, 2005

- National Collegiate Student Loan Trust 2005-3, created pursuant to the Trust Agreement dated as of October 12, 2005

Filed in Second Judicial District Court
2/19/2016 1:09:15 PM
Ramsey County, MN

**Annex B**

Indentures

- National Collegiate Student Loan Trust 2003-1, created pursuant to the Indenture dated as of December 1, 2003

- National Collegiate Student Loan Trust 2004-1, created pursuant to the Indenture dated as of June 10, 2004

- National Collegiate Student Loan Trust 2004-2, created pursuant to the Indenture dated as of October 28, 2004

- National Collegiate Student Loan Trust 2005-1, created pursuant to the Indenture dated as of February 23, 2005

- National Collegiate Student Loan Trust 2005-2, created pursuant to the Indenture dated as of June 9, 2005

- National Collegiate Student Loan Trust 2005-3, created pursuant to the Indenture dated as of October 12, 2005

Filed in Second Judicial District Court
2/19/2016 1:09:15 PM
Ramsey County, MN

**Annex C**


[Odyssey Servicing Agreement]

Filed in Second Judicial District Court
2/19/2016 1:09:15 PM
Ramsey County, MN

# SERVICING AGREEMENT

This Servicing Agreement, dated as of December 30, 2014 (this "Agreement"), is entered into by and among Odyssey Education Resources LLC ("Odyssey"), as the Servicer (together with its successors and assigns, the "Servicer"), and each of the Trusts listed on Schedule A attached hereto (the "Trusts"). Any capitalized terms used, but not defined herein shall have the meaning given to such term set forth in the Basic Documents (as that term is defined in the Indenture applicable to each such Trust, the "Basic Documents").

WHEREAS, the Trusts desire to, from time to time, dispose of certain defaulted Financed Student Loans;

WHEREAS, pursuant to the Indenture applicable to each Trust, Financed Student Loans may only be sold, transferred or otherwise disposed of to a servicer at a disposition price specified under the applicable Servicing Agreement;

WHEREAS, each of the Trusts has previously appointed other entities as the servicer of certain Financed Student Loans and accordingly Odyssey is likely not performing all of the servicing responsibilities with respect to the Financed Student Loans;

WHEREAS, none of the existing servicers of the Financed Student Loans nor their applicable Servicing Agreements have a mechanism currently in place to dispose of Financed Student Loans;

WHEREAS, Odyssey will utilize employees and agents (appointed from time to time by it, as provided herein) who are experts in the management of collections on and the disposition of Financed Student Loans;

WHEREAS, each of the Trusts is appointing Odyssey as a Servicer under each Trust's respective Trust Agreement, to perform certain limited duties with respect to certain Financed Student Loans owned by the Trusts that are defaulted or Loans Eligible For Sale (as defined below); and

WHEREAS, Servicer is being engaged pursuant hereto to purchase Loans from each Trust as directed or permitted by the applicable Trust.

NOW, THEREFORE, in consideration of the premises and the mutual covenants hereinafter set forth, the parties agree as follows:

Section 1.     Definitions.   Capitalized terms used and not otherwise defined herein shall have the meanings assigned to such terms in the Basic Documents. For purposes of this Agreement, the following capitalized terms shall have the respective meanings set forth below:

"Loans Eligible For Sale" means Financed Student Loan(s) owned by a Trust for which the borrower of such Financed Student Loan has failed to repay such Financed Student Loan according to the terms agreed to in the applicable controlling loan documents and agreements, and such Borrower(s) shall have been delinquent in its repayment obligations for no less than 180 days.

"Defaulted Loan" means any Financed Student Loan owned by a Trust for which the borrower of such Financed Student Loan has failed to repay such Financed Student Loan according to the terms agreed to in the applicable controlling loan documents and agreements, provided however, that such Borrower shall have been delinquent in its repayment obligations for no less than 31 days;

"Default Prevention Services" means such services determined by the Servicer to be desirable to collect and seek enforcement of Financed Student Loans that are greater than 30 days past due and less than 180 days past due.   Default Prevention Services may include both telephonic and mail correspondence and related monthly reporting.

TA266

Filed in Second Judicial District Court
2/18/2016 1:08:15 PM
Ramsey County, MN

"Early Awareness Services" means such services determined by the Servicer to be desirable to reduce the number and percentage of Financed Student Loans becoming delinquent in the repayment process prior to the initial payment due date, including without limitation, services that are intended to alert borrowers and co-borrowers to their repayment obligations, available borrower benefits (such as ACH automatic payments) and contact information for the Servicer. Early Awareness Services may include both telephonic and mail contacts, as well as address verification and skip tracing.

Section 2.     Appointment:   Servicing Duties.

A. Appointment. Each of the Trusts hereby hires, designates and appoints the Servicer as a Servicer under each Trust's applicable, respective Indenture to perform the servicing duties (as defined below) with respect to Loans Eligible For Sale and Defaulted Loans, and the Servicer accepts such appointment and agrees to perform such duties with respect to the Loans Eligible For Sale and Defaulted Loans in accordance with the terms of this Agreement and each Indenture.

B. Services. The Servicer shall take such actions as it shall deem reasonably necessary or appropriate to administer and oversee the enforcement and collection of Loans Eligible For Sale and Defaulted Loans, and to provide recommendations to the relevant Trust with respect to those Loans Eligible For Sale to be sold by the terms hereof, to maximize the collection of amounts payable on the Financed Student Loans (collectively, the "Services"), including without limitation:

(i)     Retaining and entering into agreements with licensed collection agencies, loan brokers and other legally authorized persons (the "Subservicers") engaged in providing default prevention and collection services and loan sale services, in form and substance satisfactory to the Servicer, pursuant to which the Subservicers, for and on behalf of the applicable Trust, will contact borrowers with respect to the Loans Eligible For Sale and Defaulted Loans, and seek enforcement and collection of such Loans Eligible For Sale and Defaulted Loans, including without limitation Early Awareness Services and Default Prevention Services when applicable;

(ii)    At the sole discretion of the Servicer, (a) performing periodic audits of Subservicers for compliance and performance reviews and (b) providing oversight of the activities of Subservicers with regard to account management, litigation assistance, and/or settlement strategies;

(iii)   Replacing any Subservicer who, in the sole judgment of the Servicer, is deemed to be deficient or negligent in performing the duties outlined in its subservicing agreement with the Servicer;

(iv)    Requiring in the applicable subservicing agreement that the Subservicers provide certain monthly reports to the Servicer with respect to Loans Eligible For Sale and Defaulted Loans serviced by such Subservicer, in each case, in a form and substance satisfactory to the Servicer;

(v)     With respect to Loans Eligible For Sale and Defaulted Loans, reviewing claim packages as described in subparagraph (xi);

(vi)    With respect to Loans Eligible For Sale and Defaulted Loans being serviced by the Servicer or Subservicers, remitting within two (2) days of receipt to the Odyssey Collection Account (as hereinafter defined) for the receipt of all cash collected by Servicer and for the receipt of collections from a Subservicer for the benefit of the respective Trusts.

(vii)   With respect to Loans Eligible For Sale or Defaulted Loans (a) roll or reassign such loans being serviced by Servicer into a default recovery queue for collection effort or a queue for sale efforts in accordance with the provisions of Section 2(C) below, (b) direct any Subservicer to roll or reassign any loans that become Charge-Off Loans to the Servicer for

Filed in Second Judicial District Court
2/17/2006 1:09:15 PM
Ramsey County, MN

assignment into the queue for sale efforts, and (c) remit within two (2) days of receipt to the Odyssey Collection Account (as hereinafter defined) for the receipt of collections for the benefit of the respective Trusts, as their interests may appear, all cash collected on all Loans Eligible For Sale in the queue for sale until such time as the loan is sold.

(viii)    Reporting to the relevant Trust all Loans Eligible For Sale being held in the queue for purchase; soliciting direction from the Trust as to which loans shall be sold pursuant to the terms of Section 2(C) below.

(ix)    Conduct the sale of all Loans Eligible For Sale in accordance with the provisions or Section 2(C) below.

(x)    Establishing and maintaining an account or accounts (the "Odyssey Collection Account") in the name of the Indenture Trustee (or its agent or custodian), for benefit of the applicable secured parties of the Trusts under the respective Indentures, for the deposit by Servicer and any Subservicer of net collections (including all net proceeds of any sale of Loans Eligible For Sale in accordance with the provisions of 2(C) below) on all Loans Eligible For Sale and Defaulted Loans serviced by Servicer or Subservicer for the respective Trust and in connection therewith, preparing or causing to be prepared such control agreement or agreements as may be necessary or desirable to maintain and preserve the lien and security interest therein of the Indenture Trustee under the respective Indentures;

(xi)    Reviewing claim packages prepared by any Servicer or Subservicer with respect to Loans Eligible For Sale and Defaulted Loans to confirm, on the basis of such review, that (a) the Servicer or Subservicer has complied with applicable servicing guidelines and (b) the loan originator has complied with applicable program guidelines;

(xii)    Receiving reports from Servicers and Subservicers related to payments with respect to Loans Eligible For Sale and Defaulted Loans and updating records with respect to Financed Student Loans as interest and other charges accrue and amounts are collected;

(xiii)    Remitting or causing the Subservicers to remit net collections received on Loans Eligible For Sale and Defaulted Loans to the Odyssey Collection Account;

(xiv)    Retaining counsel on behalf of the applicable Trust (whether directly or through collection agencies) to further pursue enforcement and collection of Loans Eligible For Sale and Defaulted Loans, including through litigation and bankruptcy or probate proceedings; and

(xv)    Negotiating any settlement or compromise of any claim with respect to a Loans Eligible For Sale or Defaulted Loans, which in the reasonable judgment of the Servicer are more likely to produce greater proceeds of collection than by virtue of a forbearance, payment management or other accommodation with the borrower; and

(xvi)    At the sole discretion of the Servicer, identifying, recommending, selling, transferring, exchanging, purchasing or otherwise disposing of Loans Eligible For Sale in accordance with the Basic Documents.

For the avoidance of doubt the parties hereto hereby acknowledge and agree that nothing in this Agreement is intended to nor does it amend the applicable Trust Agreement, Indenture or Administration Agreement for each Trust or limit in any way the Trusts' rights thereunder, including without limitation, the right to direct or restrict the activities of the Servicer.

    C. Purchase of Loans Eligible For Sale.  The Servicer shall take all such action, as it shall deem reasonably necessary or appropriate to purchase the Loans Eligible For Sale, including without limitation:

Filed in Second Judicial District Court
2/18/2006 1:09:15 PM
Ramsey County, MN

(i)    Entering into custodial agreements either directly or through agents for the purpose of perfecting a security interest in the Loans Eligible For Sale and to provide for the safekeeping of the Loans Eligible For Sale and all documents and information relating to the Loans Eligible For Sale;

(ii)    Preparing all necessary sale documentation including, but not limited to, appropriate terms required for each bidder, the loan purchase agreement and other related documentation required to memorialize and accomplish the sale of the Loans Eligible For Sale;

(iii)    In its sole discretion, determining the purchase price for each such Loan Eligible For Sale that it determines to purchase pursuant to the terms hereof based on one of the two following methods: (a) 10% less than the highest bid received pursuant to the Servicer marketing the Loans Eligible For Sale for sale to at least three (3) qualified bidders and conducting the sale process in a manner that, in the sole judgment of the Servicer, will yield the highest and best net proceeds to be paid in exchange for the Loans Eligible For Sale, provided however, that with respect to such sale process, Servicer shall, at a minimum: (i) provide an information packet ("Information Packet") applicable to each sale which describes the loans offered for sale and contains such other customary information applicable to such sale; (ii) in a good faith effort to maximize the proceeds to the Trust from the sale of the Loans, invite a sufficient number of qualified bidders under the circumstances to participate in such sale, and in no event shall the Servicer receive less than three (3) bids from qualified bidders; (iii) establish a time period between the distribution of the Information Packet and the acceptance of bids to allow the prospective bidders to research and analyze the Loans Eligible For Sale; and (iv) hold the sale at a convenient time and in a convenient location or (b) 10% less that the average value established pursuant to the Servicer engaging two (2) reputable appraisers, in the business of appraising loans, to appraise the Loans Eligible for Sale which the Servicer intends to purchase;

(iv)    Notifying the Relevant Trust and the Administrator that each of the Loans Eligible For Sale sold pursuant to the Loan Sale is a Liquidated Student Loan pursuant to the Basic Documents;

(v)    Simultaneous with the Loan Sale, remitting or causing the Subservicers to remit the Liquidation Proceeds and all Recoveries associated with the Liquidated Student Loans to the Odyssey Collection Account.

Section 3.    Incorporation. As of the date hereof, the definition of "Servicing Agreement" in each of the Indentures shall include this Agreement, the definition of "Servicer" in each of the Indentures shall include the Servicer and any Servicing Fee and other fees and expenses payable under this Agreement to the Servicer shall be a "Servicing Fee" for purposes each of the Indentures.

Section 4.    Subservicers. In carrying out its duties under this Agreement with respect to the Loans Eligible For Sale and Defaulted Loans, the Servicer may retain and employ Subservicers to perform any of the Services with respect to the Financed Student Loans owned by any of the Trusts, and to commence any actions or proceedings the Subservicers deem necessary or appropriate in connection with such enforcement or collection efforts on such Loans Eligible For Sale and Defaulted Loans.

Section 5.    Servicing Fee; Reimbursement for Expenses. As compensation for the performance of the Servicer's obligations under this Agreement and as reimbursement for its expenses related thereto, the Servicer shall be entitled to a fee and expense reimbursement (the "Servicing Fee") payable from each Trust in accordance with the related Indenture on each Distribution Date consisting of:

A.    Reimbursement by each Trust for all of the Servicer's expenses incurred in performing its obligations hereunder for such Trust, including all fees and expenses of all Subservicers and other persons appointed as agents of the Servicer pursuant to this Agreement and any other expenses incurred by the