

223 East Blvd.
Charlotte, NC 28203
tad@cooksadorf.com

November 25, 2014

**VIA EMAIL AND OVERNIGHT COURIER**

Standard and Poor's Rating Services
55 Water Street, 41st Floor
New York, NY 10041-0003
Attn: Mr. Ronald Burt

Moody's Investor Services, Inc.
Structured Finance Group
250 Greenwich Street
New York, NY 10007
Attn: Mr. Jinwen Chen

Fitch Ratings
33 Whitehall Street
New York, NY 10004
Attn: Tracy Wan

Re: Rating Agency Condition for NC Residual Owners Trusts.

To whom it may concern:

This firm represents NC Owners, LLC, the majority Owner of the various trusts (each a "*Trust*" and collectively, the "*Trusts*") listed on Schedule 1 hereto. Collectively, NC Owners, LLC and SL Resid Holdings LLC (an affiliate of Citibank, N.A.) are the sole owners of the Trusts. The Owners have directed to Owner Trustee, on behalf of the Trusts, to execute the Servicing Agreement (attached hereto as Exhibit A) with Odyssey Education Resources LLC ("*Odyssey*").

This letter is sent to you in order to formally notify your Agency of the Trusts intention to hire Odyssey as a Servicer. Pursuant to the "Basic Documents" associated with each Trust, the engagement of any Servicer satisfaction of the Rating Agency Condition. Please confirm at your earliest convenience that the engagement of Odyssey as a Servicer by each applicable Trust satisfies the Rating Agency Condition.

Please let me know if you need any additional information or documentation with respect to the above referenced purpose.

Sincerely,

Thaddeus W. Cook
Managing Member

223 East Blvd.
Suite 3
Charlotte, NC 28203

COOK & SADORF, PL
www.cooksadorf.com

1744 North Belcher St.
Suite 150
Clearwater, FL 33765

CONFIDENTIAL

S&P0000009

TA539

## SCHEDULE 1

Trusts:

• The National Collegiate Student Loan Trust 2003-1;
• The National Collegiate Student Loan Trust 2004-1;
• The National Collegiate Student Loan Trust 2004-2;
• The National Collegiate Student Loan Trust 2005-1;
• The National Collegiate Student Loan Trust 2005-2;
• The National Collegiate Student Loan Trust 2005-3;
• The National Collegiate Student Loan Trust 2006-1;
• The National Collegiate Student Loan Trust 2006-2;
• The National Collegiate Student Loan Trust 2006-3;
• The National Collegiate Student Loan Trust 2006-4;
• The National Collegiate Student Loan Trust 2007-1; and
• The National Collegiate Student Loan Trust 2007-2.

CONFIDENTIAL

# EXHIBIT A

Odyssey Servicing Agreement
(beginning on next page)

CONFIDENTIAL

S&P0000011

TA541

# SERVICING AGREEMENT

This Servicing Agreement, dated as of November __, 2014 (this "Agreement"), is entered into by and among Odyssey Education Resources LLC ("Odyssey"), as the Servicer (together with its successors and assigns, the "Servicer"), and each of the Trusts listed on Schedule A attached hereto (the "Trusts"). Any capitalized terms used, but not defined herein shall have the meaning given to such term set forth in the Basic Documents (as that term is defined in the Indenture applicable to each such Trust, the "Basic Documents").

WHEREAS, the Trusts desire to, from time to time, dispose of certain defaulted Financed Student Loans;

WHEREAS, pursuant to the Indenture applicable to each Trust, Financed Student Loans may only be sold, transferred or otherwise disposed of to a servicer at a disposition price specified under the applicable Servicing Agreement;

WHEREAS, each of the Trusts has previously appointed other entities as the servicer of certain Financed Student Loans and accordingly Odyssey is likely not performing all of the servicing responsibilities with respect to the Financed Student Loans;

WHEREAS, none of the existing servicers of the Financed Student Loans nor their applicable Servicing Agreements have a mechanism currently in place to dispose of Financed Student Loans;

WHEREAS, Odyssey will utilize employees and agents (appointed from time to time by it, as provided herein) who are experts in the management of collections on and the disposition of Financed Student Loans;

WHEREAS, each of the Trusts is appointing Odyssey as a Servicer under each Trust's respective Trust Agreement, to perform certain limited duties with respect to certain Financed Student Loans owned by the Trusts that are defaulted or Loans Eligible For Sale (as defined below); and

WHEREAS, Servicer is being engaged pursuant hereto to purchase Loans from each Trust as directed or permitted by the applicable Trust.

NOW, THEREFORE, in consideration of the premises and the mutual covenants hereinafter set forth, the parties agree as follows:

Section 1. Definitions. Capitalized terms used and not otherwise defined herein shall have the meanings assigned to such terms in the Basic Documents. For purposes of this Agreement, the following capitalized terms shall have the respective meanings set forth below:

"Loans Eligible For Sale" means Financed Student Loan(s) owned by a Trust for which the borrower of such Financed Student Loan has failed to repay such Financed Student Loan according to the terms agreed to in the applicable controlling loan documents and agreements, and such Borrower(s) shall have been delinquent in its repayment obligations for no less than 180 days.

"Defaulted Loan" means any Financed Student Loan owned by a Trust for which the borrower of such Financed Student Loan has failed to repay such Financed Student Loan according to the terms agreed to in the applicable controlling loan documents and agreements, provided however, that such Borrower shall have been delinquent in its repayment obligations for no less than 31 days;

"Default Prevention Services" means such services determined by the Servicer to be desirable to collect and seek enforcement of Financed Student Loans that are greater than 30 days past due and less than 180 days past due. Default Prevention Services may include both telephonic and mail correspondence and related monthly reporting.

"Early Awareness Services" means such services determined by the Servicer to be desirable to reduce the number and percentage of Financed Student Loans becoming delinquent in the repayment process prior to the initial payment due date, including without limitation, services that are intended to alert borrowers and co-borrowers to their repayment obligations, available borrower benefits (such as ACH automatic payments) and contact information for the Servicer. Early Awareness Services may include both telephonic and mail contacts, as well as address verification and skip tracing.

Section 2. Appointment: Servicing Duties.

A. Appointment. Each of the Trusts hereby hires, designates and appoints the Servicer as a Servicer under each Trust's applicable, respective Indenture to perform the servicing duties (as defined below) with respect to Loans Eligible For Sale and Defaulted Loans, and the Servicer accepts such appointment and agrees to perform such duties with respect to the Loans Eligible For Sale and Defaulted Loans in accordance with the terms of this Agreement and each Indenture.

B. Services. The Servicer shall take such actions as it shall deem reasonably necessary or appropriate to administer and oversee the enforcement and collection of Loans Eligible For Sale and Defaulted Loans, and to provide recommendations to the relevant Trust with respect to those Loans Eligible For Sale to be sold by the terms hereof, to maximize the collection of amounts payable on the Financed Student Loans (collectively, the "Services"), including without limitation:

(i) Retaining and entering into agreements with licensed collection agencies, loan brokers and other legally authorized persons (the "Subservicers") engaged in providing default prevention and collection services and loan sale services, in form and substance satisfactory to the Servicer, pursuant to which the Subservicers, for and on behalf of the applicable Trust, will contact borrowers with respect to the Loans Eligible For Sale and Defaulted Loans, and seek enforcement and collection of such Loans Eligible For Sale and Defaulted Loans, including without limitation Early Awareness Services and Default Prevention Services when applicable;

(ii) At the sole discretion of the Servicer, (a) performing periodic audits of Subservicers for compliance and performance reviews and (b) providing oversight of the activities of Subservicers with regard to account management, litigation assistance, and/or settlement strategies;

(iii) Replacing any Subservicer who, in the sole judgment of the Servicer, is deemed to be deficient or negligent in performing the duties outlined in its subservicing agreement with the Servicer;

(iv) Requiring in the applicable subservicing agreement that the Subservicers provide certain monthly reports to the Servicer with respect to Loans Eligible For Sale and Defaulted Loans serviced by such Subservicer, in each case, in a form and substance satisfactory to the Servicer;

(v) With respect to Loans Eligible For Sale and Defaulted Loans, reviewing claim packages as described in subparagraph (xi);

(vi) With respect to Loans Eligible For Sale and Defaulted Loans being serviced by the Servicer or Subservicers, remitting within two (2) days of receipt to the Odyssey Collection Account (as hereinafter defined) for the receipt of all cash collected by Servicer and for the receipt of collections from a Subservicer for the benefit of the respective Trusts.

(vii) With respect to Loans Eligible For Sale or Defaulted Loans (a) roll or reassign such loans being serviced by Servicer into a default recovery queue for collection effort or a queue for sale efforts in accordance with the provisions of Section 2(C) below, (b) direct any Subservicer to roll or reassign any loans that become Charge-Off Loans to the Servicer for