hereunder in the same manner the Servicer is bound hereunder. Notwithstanding the foregoing, this Agreement may be assigned by the Servicer, without the consent of the Indenture Trustee to a corporation or other organization that is a successor (by merger, consolidation or purchase of assets) to the Servicer; provided that such successor organization executes and delivers to the Indenture Trustee and the other parties hereto an agreement in which such corporation or other organization agrees to be bound hereunder in the same manner as the Servicer is bound hereunder. Subject to the foregoing, this Agreement shall bind any such permitted successors or assigns of the parties hereto.

B. <u>Governing Law</u>. This Agreement shall be governed by, and construed in accordance with, the laws of the State of New York, without giving effect to conflicts of laws provisions thereof (other than Section 5-1401 of the New York General Obligations Law).

C. <u>Headings</u>. The section headings hereof have been inserted for convenience of reference only and shall not be construed to affect the meaning, construction or intent of this Agreement.

D. <u>Counterparts</u>. This Agreement may be executed in counterparts, each of which when so executed shall together constitute but one and the same agreement.

E. <u>Severability</u>. Any provision of this Agreement that is prohibited or unenforceable in any jurisdiction shall be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction.

F. <u>Limitation of Liability of Owner Trustee</u>. Notwithstanding anything contained herein to the contrary, this instrument has been executed by Wilmington Trust Company, not in its individual capacity but solely in its capacity as Owner Trustee of each of the Trusts, and in no event shall Wilmington Trust Company in its individual capacity or any beneficial owner of the Trusts have any liability for the representations, warranties, covenants, agreements or other obligations of the Trusts hereunder, as to all of which recourse shall be had solely to the assets of the Trusts. For all purposes of this Agreement, in the performance of any duties or obligations of the Trusts hereunder, the Owner Trustee shall be subject to, and entitled to the benefits of, the terms and provisions of Articles VIII, IX and X of the each Trust Agreement of the Trusts.

G. <u>Third Party Beneficiary</u>. The parties hereto acknowledge that the Noteholders, Certificateholders and the Indenture Trustee are express third party beneficiaries hereof and are entitled to enforce their respective rights hereunder as if actually parties hereto.

H. <u>No Petition</u>. The parties hereto will not at any time institute against the Trusts any bankruptcy proceeding under any United States federal or state bankruptcy or similar law in connection with any obligations of the Trusts under any Basic Documents as defined in the Indenture.

I. <u>Grant</u>. Each Trust hereby acknowledges that this Agreement is a "Servicing Agreement" for all purposes of its applicable Indenture. Each Trust hereby grants to the Indenture Trustee, as trustee under each Indenture for the benefit of the Noteholders and other secured parties as applicable under the applicable Indenture, all of its right, title and interest in and to (i) the Agreement; and (ii) all present and future claims, demands, causes and choses in action in respect of any or all of the foregoing and all payments on or under and all proceeds of every kind and nature whatsoever in respect of any or all of the foregoing, including all proceeds of the conversion, voluntary or involuntary, into cash or other liquid property, all cash proceeds, accounts, accounts receivable, notes, drafts, acceptances, chattel paper, checks, deposit accounts, insurance proceeds, condemnation awards, rights to payment of any and every kind and other forms of obligations and receivables, instruments and other property which at any time constitute all or part of or are included in the proceeds of the foregoing. The Administrator on behalf of each Trust shall take all steps necessary to ensure the perfection and priority of the Indenture Trustee's security interest in the foregoing collateral. By its signature below, the Indenture Trustee on behalf of the Noteholders and other secured parties as applicable, acknowledges such Grant.

[SIGNATURE PAGE FOLLOWS]

CONFIDENTIAL

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their respective officers hereunto duly authorized, as of the day and year first above written.

ODYSSEY EDUCATION RESOURCES LLC, as the Servicer

By: _____
Name: *Donald Uderitz*
Title: *Authorized Signatory*

Each of the Trusts listed on Schedule A, attached hereto

By: WILMINGTON TRUST COMPANY, not in its individual capacity but solely as Owner Trustee

By. _____
Name:
Title:

ACKNOWLEDGED:

GSS DATA SERVICES, INC., as Administrator

By. _____
Name:
Title:

U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for each of the Indentures listed on Schedule A attached hereto

By. _____
Name:
Title:

<u>SCHEDULE A</u>

Trusts:

- The National Collegiate Student Loan Trust 2003-1;
- The National Collegiate Student Loan Trust 2004-1;
- The National Collegiate Student Loan Trust 2004-2;
- The National Collegiate Student Loan Trust 2005-1;
- The National Collegiate Student Loan Trust 2005-2;
- The National Collegiate Student Loan Trust 2005-3;
- The National Collegiate Student Loan Trust 2006-1;
- The National Collegiate Student Loan Trust 2006-2;
- The National Collegiate Student Loan Trust 2006-3;
- The National Collegiate Student Loan Trust 2006-4;
- The National Collegiate Student Loan Trust 2007-1; and
- The National Collegiate Student Loan Trust 2007-2;

Indentures:

Each of the following Indentures, as amended or supplemented, entered into by and between U.S. Bank National Association, as Indenture Trustee and:

- The National Collegiate Student Loan Trust 2003-1, dated as of December 1, 2003;
- The National Collegiate Student Loan Trust 2004-1, dated as of June 1, 2004;
- The National Collegiate Student Loan Trust 2004-2, dated as of October 1, 2004;
- The National Collegiate Student Loan Trust 2005-1, dated as of February 1, 2005;
- The National Collegiate Student Loan Trust 2005-2, dated as of June 1, 2005;
- The National Collegiate Student Loan Trust 2005-3, dated as of October 1, 2005;
- The National Collegiate Student Loan Trust 2006-1, dated as of March 1, 2006;
- The National Collegiate Student Loan Trust 2006-2, dated as of June 1, 2006;
- The National Collegiate Student Loan Trust 2006-3, dated as of September 1, 2006;
- The National Collegiate Student Loan Trust 2006-4, dated as of December 1, 2006;
- The National Collegiate Student Loan Trust 2007-1, dated as of March 1, 2007; and
- The National Collegiate Student Loan Trust 2007-2, dated as of June 1, 2007;

## SCHEDULE B

[Schedule of Default Prevention Services Reimbursement Limits per Trust by Calendar Month]

**Monthly Reimbursement Limit for payments relating to Delinquent Loans**

**SCHEDULE B**

| Date | NCSLT 2003-1 | NCSLT 2004-1 | NCSLT 2004-2 | NCSLT 2005-1 | NCSLT 2005-2 | NCSLT 2005-3 | NCSLT 2006-1 | NCSLT 2006-2 | NCSLT 2006-3 | NCSLT 2006-4 | NCSLT 2007-1 | NCSLT 2007-2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2014 | - | - | 12,000.00 | - | - | 18,000.00 | 12,000.00 | - | 25,000.00 | 12,000.00 | 18,000.00 | 18,000.00 |
| 12/2014 | - | 6,000.00 | 12,000.00 | - | - | 18,000.00 | 12,000.00 | 12,000.00 | 25,000.00 | 12,000.00 | 18,000.00 | 18,000.00 |
| 01/2015 | - | 6,000.00 | 6,000.00 | - | - | 18,000.00 | 12,000.00 | 12,000.00 | 25,000.00 | 12,000.00 | 18,000.00 | 18,000.00 |
| 02/2015 | - | - | 6,000.00 | - | - | 18,000.00 | 12,000.00 | 12,000.00 | 25,000.00 | 12,000.00 | 18,000.00 | 18,000.00 |
| 03/2015 | - | - | 6,000.00 | - | - | 18,000.00 | 12,000.00 | 12,000.00 | 25,000.00 | 12,000.00 | 18,000.00 | 18,000.00 |
| 04/2015 | - | - | 6,000.00 | - | - | 13,000.00 | 6,000.00 | 6,000.00 | 25,000.00 | 12,000.00 | 13,000.00 | 19,000.00 |
| 05/2015 | - | - | 6,000.00 | - | - | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 19,000.00 |
| 06/2015 | - | - | 6,000.00 | - | - | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 19,000.00 |
| 07/2015 | - | - | 6,000.00 | - | - | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 19,000.00 |
| 08/2015 | - | - | 6,000.00 | - | - | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 19,000.00 |
| 09/2015 | - | - | 6,000.00 | - | - | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 10/2015 | - | - | 6,000.00 | - | 6,000.00 | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 11/2015 | - | - | 6,000.00 | - | 6,000.00 | 13,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 12/2015 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 01/2016 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 19,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 02/2016 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 03/2016 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 04/2016 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 05/2016 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 06/2016 | - | - | 6,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 07/2016 | - | - | 7,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 08/2016 | - | - | 7,000.00 | - | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 09/2016 | - | - | 7,000.00 | - | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 20,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 10/2016 | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 20,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 11/2016 | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 12/2016 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 01/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 13,000.00 | 7,000.00 | 13,000.00 |
| 02/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 03/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 04/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 05/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 6,000.00 | 7,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 06/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 7,000.00 | 7,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 07/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 7,000.00 | 7,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 08/2017 | - | - | - | 7,000.00 | 7,000.00 | 6,000.00 | 7,000.00 | 7,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 13,000.00 |
| 09/2017 | - | - | - | - | 7,000.00 | 6,000.00 | 7,000.00 | 7,000.00 | 13,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 10/2017 | - | - | - | - | 7,000.00 | 6,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 11/2017 | - | - | - | - | - | 6,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 12/2017 | - | - | - | - | - | 6,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 01/2018 | - | - | - | - | - | 6,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 02/2018 | - | - | - | - | - | 6,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 03/2018 | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 04/2018 | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 05/2018 | - | - | - | - | - | 7,000.00 | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 06/2018 | - | - | - | - | - | 7,000.00 | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 07/2018 | - | - | - | - | - | 7,000.00 | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 08/2018 | - | - | - | - | - | 7,000.00 | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 09/2018 | - | - | - | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 10/2018 | - | - | - | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 11/2018 | - | - | - | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 12/2018 | - | - | - | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 01/2019 | - | - | - | - | - | - | - | - | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| 02/2019 | - | - | - | - | - | - | - | - | - | - | 7,000.00 | 7,000.00 |
| 03/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 04/2019 | - | - | - | - | - | - | - | - | - | - | - | - |

CONFIDENTIAL

S&P0000026

TA556

Monthly Reimbursement Limit for payments relating to Delinquent Loans

SCHEDULE B

| Date | NCSLT 2003-1 | NCSLT 2004-1 | NCSLT 2004-2 | NCSLT 2005-1 | NCSLT 2005-2 | NCSLT 2005-3 | NCSLT 2006-1 | NCSLT 2006-2 | NCSLT 2006-3 | NCSLT 2006-4 | NCSLT 2007-1 | NCSLT 2007-2 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 05/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 06/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 07/2019 | - | - | - | - | - | - | - | - | 7,000.00 | - | - | - |
| 08/2019 | - | - | - | - | - | - | - | - | 7,000.00 | - | - | - |
| 09/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 10/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 01/2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 02/2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 03/2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 04/2020 | - | - | - | - | - | - | - | - | - | - | - | - |

CONFIDENTIAL

S&P0000027

TA557

## SCHEDULE C

[Schedule of Early Awareness Services Reimbursement Limits per Trust by Calendar Month]

Early Awareness Remaining Limits

as of 11/30/11

| NCSLT 2003-1 | NCSLT 2004-1 | NCSLT 2004-2 | NCSLT 2005-1 | NCSLT 2005-2 | NCSLT 2005-3 | NCSLT 2006-1 | NCSLT 2006-2 | NCSLT 2006-3 | NCSLT 2006-4 | NCSLT 2007-1 | NCSLT 2007-2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,957.60 | 15,502.80 | 80,321.59 | 59,505.39 | 38,980.73 | 90,493.00 | 85,934.33 | 31,475.41 | 12,979.82 |  | 75,059.31 | 18,085.36 |

CONFIDENTIAL

S&P0000029

TA559

# Fitch Ratings


# Due Diligence Questions


**January 28, 2015**

CONFIDENTIAL
In the Matter of NCSLT, Fitch000003

TA560