IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3 | ) ) ) ) ) | C.A. No. 16-341-SLR |

## **REPLY DECLARATION OF PETER C. IHRIG**

I, Peter C. Ihrig, declare:

1. I am an associate with Robins Kaplan LLP and am presently counsel of record for U.S. Bank National Association, in its capacity as Indenture Trustee of NCSLT 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3 (the "Indenture Trustee") in this matter.

2. I submit this declaration in support of the Indenture Trustee's Reply Brief Supporting its Motion for Summary Judgment.

3. Attached as exhibit A hereto is a true and correct copy of a December 11, 2012 letter from U.S. Bank National Association, as Successor Special Servicer, instructing the Administrator that the entire special servicing fee for each Trust should be split between, and be paid directly to, to certain sub-servicers. The sub-servicers' bank account information has been redacted prior to filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Peter C. Ihrig*
Peter C. Ihrig
ROBINS KAPLAN LLP
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Dated: April 5, 2017