# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

**District Court:** U.S. District Court for the District of Delaware

**Court of Appeals Docket No.:** _____

**District Court Docket No.:** 16-341-JFB-SRF

**Short Case Title:** In the Matter of the National Collegiate Student Loan Trusts 2003-1, 2004-2, 2005-1, 2005-2 and 2005-3

**Date Notice of Appeal Filed by Clerk of District Court:** October 17, 2018

---

**Part I.** (To be completed by party responsible for ordering transcript)

A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

- [ ] None
- [ ] Unnecessary for appeal purposes.
- [x] Already on file in the District Court Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- [ ] Voir dire
- [ ] Open Statement of Plaintiff
- [ ] Opening Statement of Defendant
- [ ] Closing Argument of Plaintiff
- [ ] Closing Argument of Defendant
- [ ] Jury Instructions
- [ ] Sentencing Hearings

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] CJA Form submitted to District Court Judge
- [ ] Motion for Transcript has been submitted to District Court
- [ ] CJA Form submitted to Court of Appeals
- [x] Private Funds

**Signature:** /s/ Andrew D. Cordo

**Date:** 10/22/18

**Print Name:** Andrew D. Cordo, Ashby & Geddes

**Counsel for:** Waterfall Asset Mgt., LLC, One William Street Capital Master Fund, Ltd., OWS Credit Opportunity I, LLC, OWS ABS Fund II, L.P. and OWS COF I, Master. L.P.

**Address:** P.O. Box 1150, Wilmington, DE 19899

**Telephone:** (302) 654-1888

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

Arrangements for payment were made on _____

Arrangements for payment have not been made pursuant to FRAP 10(b)

**Date** _____ **Name of Court Report** _____ **Telephone** _____

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____ Actual Number of Volumes _____

**Date** _____ **Signature of Court Reporter** _____