UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-3327

In re: NATIONAL COLLEGIATE STUDENT LOAN
TRUSTS 2003-1, 2004-1,
2004-2, 2005-1, 2005-2, 2005-3

*Waterfall Asset Management, LLC,
One William Street Capital Master Fund, Ltd.,
OWS Credit Opportunity I, LLC, OWS ABS
Fund II, L.P. and OWS COF 1 Master, L.P.,
Appellants

*(Pursuant to Rule 12(a) Fed. R. App. P.)

No. 18-3328

In re: NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2003-1, 2004-1,
2004-2, 2005-1, 2005-2, 2005-3

U.S. Bank National Association, Indenture Trustee,
Appellant

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-16-cv-00341)
District Judge: Honorable Joseph F. Bataillon
Magistrate Judge: Honorable Sherry R. Fallon

Argued March 11, 2020

Before: McKEE, AMBRO, and PHIPPS, <u>Circuit Judges</u>

# JUDGMENT

These causes came on to be heard on the record before the United States District Court for the District of Delaware and were argued on March 11, 2020.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered September 18, 2018, are hereby AFFIRMED IN PART AND REVERSED IN PART.  Costs taxed against Appellees.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated:     August 19, 2020

Certified as a true copy and issued in lieu of a formal mandate on  September 9, 2020

Teste:  *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**