IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,** as Indenture Trustee, <br><br> Petitioner, <br><br> v. <br><br> **NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3** <br><br> **Defendants.** | **1:16CV341** <br><br> **ORDER** |

The Court of Appeals for the Third Circuit issued its mandate on September 10, 2022, to determine in the first instance Odyssey Education Resources, LLC's entitlement, if any, to renumeration for its efforts.  D.I. 117; *see also*, *In re Nat'l Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, 2005-3*, 971 F.3d 433, 452 (3d Cir. 2020).  No motion practice forthcoming since, the parties shall show cause, in no more than 10 pages per side, why this case should not be dismissed for lack of prosecution by March 10, 2023.

IT IS SO ORDERED.

Dated this 22nd day of February, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1