IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>    Petitioner,<br><br> v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3<br><br>    Defendants. | 1:16-cv-00341<br><br>**MEMORANDUM AND ORDER** |

All parties stipulate to the dismissal of all claims, defenses, and the case in its entirety with prejudice. D.I. 127. The Court approves. This case is dismissed with prejudice. Each party is to bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated this 18th day of July, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge